Decided September 15, 1993

STATE OF CONNECTICUT *v.* ARTHUR JACOBSON

The state of Connecticut's petition for certification for appeal from the Appellate Court, 31 Conn. App. 797 (AC 11523), is granted, limited to the following issue:

"Is a defendant subject to prosecution for drunk driving while under suspension under General Statutes § 14-215 (c) at a time when his suspended license could have been restored to him?"

The Supreme Court docket number is SC 14837.

*Susann E. Gill,* supervisory assistant state's attorney, in support of the petition.

*Jon Schoenhorn,* in opposition.

Decided September 15, 1993